GROSSMAN *v.* UNITED STATES ET AL.

No. 578.   Decided January 6, 1958.

Appellant *pro se.*

*Solicitor General Rankin* for the United States and the United States Atomic Energy Commission, appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   The motion for leave to file petition for writ of certiorari is denied.

MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case.

TROTTER *v.* HALL ET AL.

No. 262, Misc.   Decided January 6, 1958.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.